**IN THE SUPREME COURT OF TENNESSEE**
**AT JACKSON**

FILED

November 24, 1999

Cecil Crowson, Jr.
Appellate Court Clerk

| | |
|---|---|
| CORETTA SCOTT KING,<br>MARTIN LUTHER KING, III,<br>BERNICE KING, DEXTER SCOTT<br>KING, and YOLANDA KING,<br><br>       Plaintiffs<br><br>VS.<br><br>LOYD JOWERS, and other<br>unknown co-conspirators,<br><br>       Defendants,<br><br>and<br><br>MEMPHIS PUBLISHING COMPANY,<br><br>       Intervenor. | SHELBY CIRCUIT<br>NO. W1999-00984-SC-S10-CV |

## O R D E R

Upon consideration of the application for permission to appeal filed by Memphis Publishing Company in this cause, the Court is of the opinion that the application should be, and is, hereby granted.

PER CURIAM